**Opinion issued December 31, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-25-00762-CV**

————————————

**CITY OF HOUSTON, Appellant**

**V.**

**YUNEICK BROUSSARD, INDIVIDUALLY AND AS NEXT FRIEND OF M.J., MINOR CHILD, Appellees**

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Case No. 2025-43303**

---

**MEMORANDUM OPINION**

Appellant City of Houston filed its notice of appeal on September 18, 2025. Appellant did not pay its appellate filing fee or establish indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.851(b), 51.941(a); Order, Fees Charged in the Supreme Court, in Civil

Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in courts of appeals). The Clerk of this Court notified appellant that unless it paid the appellate filing fee by November 17, 2025, its appeal could be dismissed. *See* TEX. R. APP. P. 42.3(b). To date, appellant has not responded to the Clerk's notice, nor paid the appellate filing fee or established indigence for purposes of appellate costs..

Also, appellant failed to file a brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a). On December 10, 2025, the Clerk of this Court notified appellant that its appellate brief was past due, and its appeal was subject to dismissal. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We directed appellant to file its brief and a motion requesting an extension to file the brief within 10 days of our notice. Appellant did not respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b)–(c), 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.